# United States Bankruptcy Court
## District of Nevada

**Case No. <u>10–15840–lbr</u>**

**Chapter 7**

In re: (Name of Debtor)
   THOMAS O"KEEFE                          JENNIFER O"KEEFE
   dba NATURAL ILLUSIONS INC.         dba NATURAL ILLUSIONS, INC.
   9850 MARYLAND PKWY A–5 BOX 188    9850 MARYLAND PKWY A–5 BOX 188
   LAS VEGAS, NV 89183                  LAS VEGAS, NV 89183

Social Security No.:
   xxx–xx–7365                               xxx–xx–2015

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/20/10                             BY THE COURT

                                          *Mary A. Schott*

                                          Mary A. Schott
                                          Clerk of the Bankruptcy Court